AO 440 (Rev 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Jean T. Thomas and Heath B. Thomas )<br>_____Plaintiff_____ )<br>v. )<br>Wittstadt Title & Escrow Company, LLC )<br>_____Defendant_____ ) | Civil Action No. 3:12CV450 |

**Summons in a Civil Action**

FILED
JUL 23 2012

To: *(Defendant's name and address)*

Wittstadt Title & Escrow Company, LLC
Serve: Amy Czeckala
22375 Broderick Dr., Suite 210
Dulles, VA 20166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

Name of clerk of court

Date: JUN 20 2012

K. Young
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

5401 51
5279 510

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

07/03/12

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Jean T. Thomas and Heath B. Thomas | **Court:** | United States District Court |
| **Defendant:** | Wittstadt Title & Escrow Company, LLC | **Case:** | 3:12CV450 |
| **Serve:** | Wittstadt Title & Escrow Company, LLC<br>Serve: Amy Czeckala<br>22375 Broderick Dr., Suite 210<br>Dulles, VA 20166 | **Return Date:**<br>**Time:** | |
| **Contact:** | Dale W. Pittman<br>112 - A West Tabb Street<br>Petersburg, VA 23803 | **Phone:** | (804) 861-6000 |

**Type(s) of Writ(s)** paper:1456829

Summons in a Civil Action     Other (See Remarks)

Witness/Defendant Wittstadt Title & Escrow Company, LLC was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(✓) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _Stephen Shipp_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 7/17/12        **Served Time:** 9:29

**Signature of Process Server**
                                                    Notary
**State of:** Virginia                    **County/City of:** ~~Henrico, Norfolk,~~ Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this 18 day of Jul/Aug 20 12.

Notary Public: _____

| Type of Service: A<br>Attempts | Auth Attempts: 1<br>-1- | Order: 275698<br>-2- | 1 Day Rush: No<br>-3- | 2 Day Rush: No<br>-4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | 7/6/12 | | | | | |
| Time: | 10:34 | | | | | |
| Server: | S. Shipp | | | | | |

**REMARKS** - Class Action Complaint and Jury Demand

out on maternity leave

Kevin Hildebeidel, Esq. /Paralegal

7/10/12 @ 10:05 - called ahead - not in this morning

*[Notary seal: GAIL TIMBERS, NOTARY PUBLIC, REG # 240813, MY COMMISSION EXPIRES 10/31/2013, COMMONWEALTH OF VIRGINIA]*