UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEAN T. THOMAS and
HEATH B. THOMAS,
  on behalf of themselves and
  all others similarly situated,

          Plaintiffs,

v.                              Civil Action No. 3:12-cv-00450-JRS

WITTSTADT TITLE & ESCROW COMPANY, LLC,

          Defendant.

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

      COMES NOW the Plaintiff and for his response in opposition to the Defendant's Motion to Dismiss Class Claims and/or Strike Class Action Allegations (Docket No.11). Respectfully requests that the Court deny the motion to dismiss as moot. Defendant filed it Motion to Dismiss on August 21, 2012, as to the Complaint (Docket No. 1). On September 4, 2012, the Plaintiff filed an Amended Complaint as a matter of course within the time permitted under Rule 15(a)(1)(B). Because an Amended Complaint was filed as a matter of course, the original complaint is no longer operative. Therefore the Defendant's motion to dismiss the original complaint is moot. The Plaintiff respectfully requests that the court enter an order either denying the motion to dismiss or deeming the motion to dismiss to be moot.

                                        Respectfully submitted,
                                        Jean T. Thomas and
                                        Heath B. Thomas,
                                        *on behalf of themselves and*
                                        *all others similarly situated,*

                                        By Counsel

_____/s/_____
Kristi Cahoon Kelly, Esq., VSB #72791
J. Chapman Petersen, Esq., VSB # 37225
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774

(703) 591-9285 Facsimile
kkelly@siplfirm.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (FAX)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 Facsimile
lenbennett@clalegal.com

Matthew J. Erausquin, VSB #65434
Janelle Elene Mason, VSB #82389
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com
Janelle@clalegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of September, 2012, I will file the foregoing pleading electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jan E. Simonsen
Carr Maloney, PC
1615 L. St. NW
5th Floor
Washington, DC 20036
e-mail: jes@carrmaloney.com

Matthew D. Berkowitz
Carr Maloney, PC
2000 L. St. NW
Suite 450
Washington, DC 20036
e-mail: mb@carrmaloney.com

          /s/    Kristi C. Kelly
Kristi Cahoon Kelly, VSB No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
Telephone:  (703) 277-9774
Facsimile: (703) 591-9285
E-mail:  kkelly@siplfirm.com
*Attorney for Plaintiffs*