IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEAN T. THOMAS and )
HEATH B. THOMAS, )
*On behalf of themselves and all others* )
*similarly situated,* )
)
    Plaintiffs, )
)
v. ) Civil Action No. 3:12CV450-JRS
)
WITTSTADT TITLE & ESCROW )
COMPANY, LLC, )
)
    Defendant. )

## ORDER
(Settlement Conference Referral)

It is hereby ORDERED that this matter is referred to United States Magistrate Judge David J. Novak to conduct a settlement conference. Counsel shall be responsible for contacting the Chambers of Judge Novak within five (5) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of trial and at such time as Judge Novak shall approve.

The Clerk is directed to send a copy of this Order to Judge Novak and to all counsel of record.

It is so ORDERED.

                                                                      /s/
                                        Henry E. Hudson
                                        United States District Judge

Date: Sept 11, 2012
Richmond, Virginia