UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| JEAN T. THOMAS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Civil No. 3:12CV450 (JRS) |
| | : | |
| WITTSTADT TITLE & ESCROW COMPANY, LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of the Consent Motion to Stay Matter and Discovery Pending Mediation, and that such motion is by consent, and having found good cause and no prejudice, it is hereby ORDERED

(1)  that the Consent Motion is hereby GRANTED;

(2)  this case and discovery, including those document requests, interrogatories, and requests for admission, served on Wittstadt shall be stayed pending the conclusion of mediation on April 9, 2013;

(3)  if the matter is not settled at the April 9, 2013, mediation, the Parties shall submit a joint status report not later than April 20, 2013.


Dated:_____, 2013       _____
                                  Judge, United States District Court for the
                                  Eastern District of Virginia