UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



FILED
MAR 12 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JEAN T. THOMAS, *et al*,
*on behalf of themselves and all others similarly situated*,

        Plaintiffs,

v.

WITTSTADT TITLE & ESCROW COMPANY, LLC,

        Defendant.

Civil Action No. 3:12-CV-450

## ORDER

THIS MATTER is before the Court on a Joint Motion to Stay Matter and Discovery Pending Mediation filed by the parties (ECF No. 20). The parties request that the Court stay this matter in order to allow the parties to pursue private mediation in a session scheduled for April 9, 2013. Upon due consideration, and having found good cause and no prejudice, the Court GRANTS the parties' Joint Motion. It is hereby ORDERED that

(1) This action, including the parties' discovery obligations in this matter, is STAYED pending the conclusion of the private mediation session on April 9, 2013;

(2) The Parties are DIRECTED to submit a joint status report to the Court no later than April 20, 2013 if this matter is not settled at the April 9, 2013 mediation session.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                        /s/
James R. Spencer
United States District Judge

ENTERED this __12th__ day of March 2013.