V I R G I N I A:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JEAN T. THOMAS, *et al.*,          :
                                   :
            Plaintiffs,            :
                                   :
      vs.                          :          Civil No. 3:12CV450 (JRS)
                                   :
WITTSTADT TITLE & ESCROW           :
COMPANY, LLC,                      :
                                   :
            Defendant.             :

## JOINT STATUS REPORT

The parties hereby submit the following joint status report:

1.      On March 12, 2013, the Court stayed this matter and discovery pending the conclusion of private mediation on April 9, 2013.

2.      The Court's March 12, 2013 Order directed the parties to submit a joint status report no later than April 20, 2013.

3.      The matter did not settle at the April 9, 2013 mediation.

4.      A mediation/settlement conference is scheduled with Judge David J. Novak on April 22, 2013.  The parties will attend.

5.      The Plaintiffs agreed to stay discovery until after the April 22, 2013 mediation/settlement conference.

Respectfully submitted,

WITTSTADT TITLE & ESCROW COMPANY,
LLC
By Counsel

CARR MALONEY P.C.

/s/ Jan E. Simonsen
Jan E. Simonsen, #29152
Matthew D. Berkowitz, #72728
Kristine M. Ellison, #80329
2000 L Street, NW, Suite 450
Washington, D.C.  20036
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
jes@carrmaloney.com
mb@carrmaloney.com
kme@carrmaloney.com


And

JEAN T. THOMAS and
HEATH B. THOMAS,
*on behalf of themselves and*
*all others similarly situated,*

_____/s/_____
Kristi Cahoon Kelly, Esq.,
VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Fax: (703) 591-9285
E-mail:  kkelly@siplfirm.com

Susan M. Rotkis
VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
Email:  srotkis@clalegal.com

2

Leonard A. Bennett
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Fax: (757) 930-3662
Email:  lenbennett@clalegal.com

Dale W. Pittman, VSB #15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W. Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Fax: (804) 861-3368
Email:  dale@pittmanlawoffice.com

J. Chapman Petersen, Esq., VSB #37225
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Fax: (703) 591-9285
Email:  jpetersen@smillaw.com

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Fax: (888) 892-3512
Email:  matt@clalegal.com

Janelle Elene Mason
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Fax: (888) 892-3512
Email:  janelle@clalegal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically served, this 19th day of April, 2013, to:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A West Tabb Street
Petersburg, VA  23803

Kristi Cahoon Kelly
J. Chapman Peterson
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA  22030

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA  23601

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314